

# COURT OF APPEALS

SANDEE BRYAN MARION
  CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
IRENE RIOS
  JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE,
CLERK OF THE
COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

December 14, 2018

Edward F. Shaughnessy, III
Attorney At Law
206 E. Locust Street
San Antonio, TX 78212
\* DELIVERED VIA E-MAIL \*

Nicholas A. LaHood
District Attorney, Bexar County
300 Dolorosa, Suite 4025
San Antonio, TX 78205
\* DELIVERED VIA E-MAIL \*

RE:    Court of Appeals Number:   04-18-00555-CR
        Trial Court Case Number:   2017CR0602
        Style: Avery B. Crawford
              v.
        The State of Texas

      Enclosed please find the order which the Honorable Court of Appeals has issued in reference to the above styled and numbered cause.

      If you should have any questions, please do not hesitate to contact me.

                          Very truly yours,
                          KEITH E. HOTTLE,
                          Clerk of Court

                          Veronica L. Gonzalez
                          Deputy Clerk, Ext. 5-3220

cc: Anthony Cantu (DELIVERED VIA E-MAIL)
    Debra Doolittle (DELIVERED VIA E-MAIL)



# Fourth Court of Appeals
## San Antonio, Texas

December 14, 2018

No. 04-18-00555-CR

Avery B. **CRAWFORD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0602
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby noted.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

No. 04-18-00555-CR

Avery B. **CRAWFORD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0602
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Debra Doolittle's notification of late record is hereby noted.

/s/ Rebeca C. Martinez
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of December, 2018.

/s/ Keith E. Hottle
KEITH E. HOTTLE,
Clerk of Court